# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 09, 2013

Mr. John Christopher Alexander Sr.
Alexander Law Firm
3751 Government Street
Suite A
Baton Rouge, LA 70806-0000

    No. 13-30332,   Kane Marceaux, et al v. Lafayette City-Parish Con Govt, et al
        USDC No. 6:12-CV-1532

We have docketed the appeal as shown above, and ask you to use the case number in future inquiries. You can obtain a copy of our briefing checklist on the Fifth Circuit's Website "www.ca5.uscourts.gov/clerk/docs/brchecklist.pdf".

Briefing Notice.  The record is complete for purposes of the appeal, see FED. R. APP. P. 12.  Appellant's brief and record excerpts are due within **20** days of the date shown above, see FED. R. APP. P. & 5TH CIR. R. 28, 30, and 31.

Policy on Extensions.  The court grants extensions sparingly and under the criteria of 5TH CIR. R. 31.4.  You must contact opposing counsel and tell us if the extension is opposed or not.  5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the maximum  extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

Reply Brief.  We do not send cases to the court until all briefs are filed, except in criminal appeals.  Reply briefs must be filed by June 25, 2013.

**Brief Covers.**  THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S).  **YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.**

Dismissal of Appeals.  The clerk may dismiss appeals **without notice** if you do not file a brief on time.

Appearance Form.  If you have not electronically filed a "Form for Appearance of Counsel" as required by 5TH CIR. R. 46, you must do so within 14 days from this date.  You must name each party you represent, See FED. R. APP. P. 12(b) and 5TH CIR. R. 12.  The form is available from the Fifth Circuit web site,

www.ca5.uscourts.gov. If you fail to electronically file the form we will remove your name from the docket. Pro se parties do not need to file an appearance form.

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number. If you wish to receive exhibits, you must specifically request them. The district court will charge your account for shipping you the record on appeal. In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you. CJA counsel may add these shipping fees to their vouchers.

**Once you obtain the record, you should check it within 14 days of receipt for any missing or incomplete items. If you need to request a supplemental record or order transcripts, do so promptly. The court will not grant extensions of time to file your brief because you did not timely check the record.**

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Angelique D. Batiste, Deputy Clerk
　　　　　　　　　　　　　　　　　504-310-7715

Enclosure(s)

cc w/encl:
　　　Mr. Michael P. Corry
　　　Mr. Stanley Stephen Spring II

Case No. 13-30332

KANE MARCEAUX; GREG CORMIER; SCOTT POIENCOT; GABRIEL THOMPSON; NORBERT
MYERS; NOVEY STELLY; ULETOM P. HEWITT; REGINA BRISCOE; ALEETA M. HARDING; GUS
SANCHEZ; ROBERT POLANCO; KENCIL D. JOSEPH; DONALD CEASAR; PAUL TAYLOR, JR.;
RACHEL ROBERTS,

    Plaintiffs - Appellants

v.

LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; CITY POLICE OF LAFAYETTE;
LESTER JOSEPH DUREL, JR., in his capacity as President of the Lafayette City-Parish
Consolidated Government; DEE EDWARD STANLEY; JAMES P. CRAFT; GEORGE JACKIE ALFRED,

    Defendants - Appellees